ACCEPTED
03-14-00701-CR
7322958
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/12/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00701-CR

| | | | |
|---|---|---|---|
| **BARRY PIZZO** | § | **IN THE** | |
| | § | | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| **VS.** | § | **THIRD COURT** | 10/12/2015 12:00:00 AM |
| | § | | JEFFREY D. KYLE<br>Clerk |
| **STATE OF TEXAS** | § | **OF APPEALS** | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes BARRY PIZZO, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 207TH Judicial District Court of Comal County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. BARRY PIZZO, and numbered CR-2013-146.

3.      Appellant was convicted of two counts of TAMPERING WITH OR FABRICATING PHYSICAL EVIDENCE, felony offenses.

4.      Appellant was sentenced to imprisonment for LIFE in the Texas Department of Criminal Justice on counts one and two.

5.      Notice of appeal was given on November 5, 2014.

6.      The clerk's record was filed on February 5, 2015; the

reporter's record was filed on March 11, 2015.

7.     Appellant's brief is due on August 24, 2015.

8.     Appellant requests an extension of time to 30 days after the Comal Count District Clerk and/or the Official Court Reporter for the 207th Judicial District Court of Comal County, Texas supplement the reporter's record in this cause.

9.     **Current counsel** has received two prior extensions to file the brief in this cause.

10.   Defendant is presently incarcerated.

11.   Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant was appointed on **June 8, 2015**.  The court reporter's transcript is thirteen (13) volumes long.

Counsel for Appellant has identified that a potential speedy trial issue to be briefed.  The reporter's record must be supplemented for the issue to be adequately briefed.

Additionally, the evidence in the instant matter is voluminous filling two library carts in the offices of the Clerk for this Court. Counsel for Appellant continues to review the evidence associated with this matter.

Counsel for appellant requests an additional thirty (30) days to file appellant's brief following the appellate record being supplemented.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

The Pastrano Law Firm, P.C.
The Old Cotton Exchange Building
202 Travis Street, Suite 307
Houston, Texas 77002
713.222.1100-telephone
832.218.7114-facsimile

By:_____
E. CHEVO PASTRANO
State Bar No. 24037240
chevo@pastranolaw.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that on October 11, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Comal County, Texas, via facsimile and/or email.

E. Chevo Pastrano

## CERTIFICATE OF CONFERENCE

This is to certify that on or before August 24, 2015, this office conferred with Mr. Josh Presley of the Comal County District Attorney's Office and the State has no objection to the motion for extension of time to file Appellant's brief.

E. Chevo Pastrano

**STATE OF TEXAS**        §
                                          §

**COUNTY OF HARRIS**     §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared E. Chevo Pastrano, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
E. Chevo Pastrano
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on October 11, 2015, to certify which witness my hand and seal of office.



AZUCENA RUIZ
MY COMMISSION EXPIRES
February 26, 2018

_____
Notary Public, State of Texas